UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER PICK, | ) |
| On Behalf of Herself and Others Similarly situated, | ) |
| Plaintiff(s), | ) No. 4:13-CV-51 JAR |
| v. | ) |
| DAS ACQUISITION COMPANY, LLC, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Conditional Collective Action Certification (ECF No. 15) and the Joint Stipulation to Conditional Certification of the FLSA Class Under 29 U.S.C. §216(b) (ECF No. 18). On May 17, 2013, Defendant filed a general stipulation agreeing to conditional certification of a collective action under 29 U.S.C. §216(b). (ECF No. 17). On May 31, 2013, the parties filed a more detailed joint stipulation to conditional certification of a collective action under 29 U.S.C. §216(b). (ECF No. 18).

Having reviewed the parties' submissions and stipulations, the Court conditionally certifies the class and approves the proposed notice as set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Conditional Collective Action Certification (ECF No. 15) and the Joint Stipulation to Conditional Certification of the FLSA Class Under 29 U.S.C. §216(b) (ECF No. 18) are **GRANTED**. The Court conditionally certifies

a class of all current and former Processors and Client Relations Managers who are or were employed by DAS Acquisition Company, LLC at any time during the past three (3) years.

**IT IS FURTHER ORDERED** that Plaintiff Heather Pick is authorized to act as the conditional class representative.

**IT IS FURTHER ORDERED** that the Rowdy Meeks Legal Group, LLC is authorized to act as class counsel.

**IT IS FURTHER ORDERED** that the notice filed as ECF No. 18-1, the exhibit to the Joint Stipulation to Conditional Certification of the FLSA Class Under 29 U.S.C. §216(b), shall serve as notice in this case.

**IT IS FURTHER ORDERED** that Defendant shall provide Plaintiff's attorneys with the names, addresses, dates of employment, job title, branch location and phone numbers for all individuals who are to receive this notice or before **June 13, 2013**. Notice will not be sent to any individuals who have already consented to join this lawsuit.

**IT IS FURTHER ORDERED** that notice will be posted conspicuously in each USA Mortgage Branch location and mailed by first-class regular mail. Pursuant to 29 U.S.C. §§216, 256, individuals who timely return a Consent to Join form will be joined as opt-in plaintiffs upon the filing of their Consent with the Court.

**IT IS FINALLY ORDERED** that the notice will be mailed and posted no later than **June 20, 2013**. Counsel for Plaintiff will notify counsel for Defendant with the date on which the notice will be sent so the notice can be posted on the same date. To participate in the lawsuit and be a member of the conditionally certified class, the Consent to Join form must be returned to Plaintiff's counsel or postmarked on or before the expiration of sixty (60) days following the

date the notice is posted and mailed. Counsel for Plaintiff will pay for the initial cost of printing and sending the notice.

Dated this 10th day of June, 2013.

                                                   **JOHN A. ROSS**
                                                   **UNITED STATES DISTRICT JUDGE**